1 | David A. Shimkin, SBN 290818
Angel Marti III, SBN 305300
2 | COZEN O'CONNOR
601 S. Figueroa St., Suite 3700
3 | Los Angeles, CA 90017
Tel:    213.892.7900
4 | Fax:    213.892.7999
Email: dshimkin@cozen.com
5 | Email: amarti@cozen.com

6 | Attorneys for Defendant
STEADFAST INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALCARAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF REMOVAL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Steadfast Insurance Company ("Steadfast" or "Defendant") hereby removes Case No. 21STCV39169 from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California. The grounds for removal are as follows:

### NOTICE OF REMOVAL

1.  On October 25, 2021, the action styled *Hector Alcaraz v. Steadfast Insurance Company, et al.* Case No. 21STCV39169 was filed in the Superior Court of the State of California, County of Los Angeles, alleging that Steadfast breached an insurance contract and breached the implied covenant of good faith and fair

dealing ("bad faith"). A true and correct copy of the Summons, Complaint, and Civil Case Cover Sheet as served on Steadfast is attached as **Exhibit 1.**

2. This action is properly removed to the United States District Court for the Central District of California because this matter was filed in the Superior Court of the State of California, County of Los Angeles, which lies within this District and Division. *See*, 28 U.S.C. § 84(d).

## PARTIES

3. Plaintiff is a resident and citizen of the State of California, County of Los Angeles. *See,* Ex. 1 (Complaint), ¶ 1.

4. Steadfast is a Illinois corporation whose principle place of business is in Illinois. Steadfast is the only defendant in this action.

5. The presence of Doe defendants has no bearing on diversity with respect to removal. *See,* 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

## JURISDICTION

6. This Court has subject matter jurisdiction and removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b), since this is a civil action between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Therefore, removal is proper under 28 U.S.C. §§1441(a), (b) and 28 U.S.C §1446.

7. The actual amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff levies claims against Steadfast for breach of contract and bad faith. *See,* Ex. 1(Complaint), ¶¶ 6-21. According to the allegations of the Complaint, Plaintiff claims that he incurred past medical expenses in excess of $285,000 in connection with the subject incident. *Id.* ¶ 16(c). Additionally, Plaintiff seeks attorneys' fees, punitive damages, and other consequential damages. *Id.* ¶ 19,

21. As such, Plaintiff seeks damages in excess of $75,000 (the jurisdictional minimum).

8. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as it has been filed within thirty (30) days of Steadfast's receipt of the Summons and Complaint on January 6, 2022. A true and correct copy of the Proof of Service is attached as **Exhibit 2**.

9. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Steadfast are attached to this Notice. A copy of the docket of the state court action and all other process, pleadings, and orders not otherwise attached as separate exhibits are attached hereto as **Exhibit 3**.

10. Pursuant to 28 U.S.C. § 1446(d), Steadfast has given written notice of this Notice of Removal to Plaintiff, and, after filing this Notice of Removal, shall promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

DATED: February 7, 2022                COZEN O'CONNOR


                                BY:    /s/ David A. Shimkin
                                       David Shimkin
                                       Angel Marti, III
                                       Attorneys for Defendant
                                       STEADFAST INSURANCE COMPANY